CRUZ, DEMANDANTE Y APELANTE, *v.* MUNICIPIO DE MAYAGÜEZ, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en pleito sobre reclamación de daños y perjuicios por negligencia.

No. 2114.—Resuelto en marzo 25, 1920.

PRUEBA CONTRADICTORIA—PREJUICIO.—Cuando la prueba es contradictoria el Tribunal Supremo no irá contra la apreciación que de la misma haya hecho la

corte sentenciadora a no ser que se demuestre que actuó movida por pasión, prejuicio, parcialidad o manifiesto error.

Los hechos están expresados en la opinión.

Abogado de la apelante: *Sr. L. Montalvo Guenard.*

Abogados del apelado: *Sres. Amadeo Nazario* y *P. Fajardo.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

La apelante demandó al Municipio de Mayagüez reclamándole cinco mil dólares de indemnización por los perjuicios que alegó haber sufrido como consecuencia de una caída que sufrió y que le causó una herida en la frente y la rotura del hueso del brazo derecho, producida al pasar de noche por encima de una plancha vieja de hierro que los empleados de la demandada colocaron sobre una excavación que hicieron en la acera de una calle de Mayagüez, sin que colocaran luz ni señal alguna para evitar el paso de la gente sobre dicha plancha.

La sentencia recaída en el pleito declaró sin lugar la demanda y en la opinión que para fundamentarla escribió el juez expone que habiéndole inspirado más crédito los testigos del demandado que los de la demandante, decidía el conflicto de la evidencia en favor de la parte demandada.

La evidencia fué en efecto contradictoria en cuanto a la causa del accidente que sufrió la demandante pues mientras sus testigos declararon que para tapar el hoyo que había sido hecho en la acera para colocar una boca de incendio se puso una plancha de hierro en malas condiciones y que allí no fué colocada luz para avisar el peligro, los testigos de la demandada afirmaron lo contrario.

No se alega en esta apelación que el juez decidiera el conflicto de la evidencia influído por pasión, prejuicio o parcialidad, y como del examen que hemos hecho de las pruebas no podemos declarar que cometiera error al negar crédito a los testigos de la demandante y al concedérselo a los de la demandada, debemos aceptar su conclusión respecto a las

pruebas, de acuerdo con nuestra constante jurisprudencia sobre el particular, y, siendo razonable el cuidado tomado por la demandada para prevenir accidentes a los viandantes, debemos confirmar la sentencia apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.